**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
    Email: pardini@lbbs.aw.com
Stephen J. Liberatore, Esq. SB# 129772
    Email: liberatore@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY,
erroneously sued herein as "AMCO INSURANCE COMPANY"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWI-CO CONSTRUCTION, INC., a California Corporation, SWI-CO CONSTRUCTION, a California partnership and JOE SWICEGOOD, <br><br> Plaintiffs, <br><br> v. <br><br> AMCO INSURANCE COMPANY, and DOES 1-20, inclusive, <br><br> Defendants. | Case No. C 10-3122 PJH <br><br> **STIPULATION Re: PROPER PARTIES DEFENDANT; [PROPOSED] ORDER** <br><br><br><br><br><br> Complaint Filed: June 21, 2010 |

**STIPULATION**

Plaintiffs SWI-CO CONSTRUCTION, INC., a California Corporation, SWI-CO CONSTRUCTION, a California partnership and JOE SWICEGOOD ("Plaintiffs") and Defendant Nationwide Mutual Insurance Company, designated by stipulation as "Doe Defendant One," and originally sued erroneously herein as "AMCO Insurance Company" ("Nationwide"), by and through their respective attorneys, stipulate and agree as follows:

1. The insurance policy at issue in the above-captioned litigation was issued to Plaintiffs by Nationwide, and therefore Nationwide is the proper party-defendant.

2. The caption on all further pleadings and discovery will appear as it does hereinabove, and Nationwide's counsel will identify the Defendant as set forth above.

/ / /

3. Nationwide agrees that if AMCO Insurance Company, or any other insurance company affiliated with the Nationwide or Allied "family" of insurance companies, had any involvement in the issuance of any insurance policy or in the handling of any insurance claim at issue in this litigation, then AMCO's and/or such other insurance company's files with respect thereto will be produced in response to discovery requests propounded to Nationwide, and that appropriate AMCO and other insurance company representatives will be made available for deposition. Nationwide further agrees that it will not object to such deposition(s) or production of documents on the ground that AMCO or such other insurance company is not a proper party to this litigation.

4. Nationwide agrees that any discovery directed to, or that should be directed to, AMCO Insurance Company or such other insurance company will be construed to be discovery directed to Nationwide and will respond to such discovery, raising all appropriate objections thereto, except that it will not object or refuse to respond on the ground that such discovery was or should have been directed to AMCO Insurance Company or such other insurance company.

5. Nationwide agrees that any liability of AMCO Insurance Company or such other insurance company for Plaintiffs' damages, if any, determined in the above-captioned litigation, will be construed to be Nationwide's liability, and it will not object to the entry of judgment against it on the ground that such judgment should be entered against AMCO Insurance Company and/or such other insurance company; further Nationwide agrees to satisfy any such judgment.

6. Nationwide agrees further that should it be unable to satisfy any judgment entered against it pursuant to this stipulation, then AMCO Insurance Company and/or such other insurance company will satisfy the judgment.

7. Plaintiffs and Nationwide agree that at the time of trial the Court may inform the jury that all parties agree that Nationwide is the proper party defendant and that the jury should not draw any inference or presumption based on the reference to "AMCO Insurance Company" in the caption of pleadings.

8. Plaintiffs and Nationwide agree that this Stipulation may be executed in identical counterparts, which taken together shall constitute the complete Stipulation, and that a signature

provided by facsimile or e-mail transmission shall be of the same force and effect as the original of such signature when submitted as part of the complete Stipulation.

IT IS SO STIPULATED.

Dated: January 17, 2011        THE McLENNON LAW CORPORATION

By /s/ Marc. L. Sherman
    Daniel F. McLennon
    Marc L. Sherman
Attorneys for Plaintiffs
SWI-CO CONSTRUCTION, INC., a California Corporation, SWI-CO CONSTRUCTION, a California partnership and JOE SWICEGOOD

Dated: January 17, 2011        LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Stephen J. Liberatore
    Julian J. Pardini
    Stephen J. Liberatore
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY, erroneously sued herein as "AMCO INSURANCE COMPANY"

**ORDER**

It is so ordered.

Dated: January 21, 2011

Phyllis J. Hamilton
United States District Judge