UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SWI-CO CONSTRUCTION, INC.,        )
                                  )
         Plaintiff(s),            )    No. C10-3122 PJH (BZ)
                                  )
    v.                            )    **ORDER RE OVERDUE PAPERS**
                                  )
AMCO INSURANCE CO.,               )
                                  )
         Defendant(s).            )
_____)

TO: parties and their attorneys of record:

On June 23, 2011, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 8, 2011. Your statement was due July 1, 2011. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not **lodged** by the **noon, tomorrow, July 6, 2011**, the parties and their attorneys of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 5, 2011

                              _____
                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\REFS.2011\SWI-CO LATE PAPERS NOTICE.wpd

1