**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq.  SB# 133878
    Email:  pardini@lbbs.aw.com
Stephen J. Liberatore, Esq.  SB# 129772
    Email: liberatore@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY,
erroneously sued herein as "AMCO INSURANCE COMPANY"

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWI-CO CONSTRUCTION, INC., a California Corporation, SWI-CO CONSTRUCTION, a California partnership and JOE SWICEGOOD, <br><br>Plaintiffs,<br><br>v.<br><br>AMCO INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. C 10-3122 PJH<br><br>**STIPULATION Re: EXTENSION OF DISCOVERY AND OTHER DEADLINES; [~~PROPOSED~~] ORDER**<br><br><br>Complaint Filed: June 21, 2010<br>Trial Date: March 12, 2012 |

### STIPULATION

Plaintiffs SWI-CO CONSTRUCTION, INC., a California Corporation, SWI-CO CONSTRUCTION, a California partnership and JOE SWICEGOOD ("Plaintiffs") and Defendant Nationwide Mutual Insurance Company ("Nationwide"), by and through their respective attorneys, stipulate and agree as follows:

WHEREAS, the Court has presently under submission Nationwide's motion for summary judgment, or in the alternative, partial summary judgment ("the pending motion"); and

WHEREAS, the Court, in its Case Management and Pretrial Order the Court set September 9, 2011 as the cut-off date for non-expert and expert discovery; and

/ / /

/ / /

1     WHEREAS, the Parties wish to avoid the expenditure of time and costs necessary to accomplish certain discovery that may not be necessary depending on the Court's ruling on the pending motion,

    THEREFORE, the Parties stipulate and agree as follows:

1. That the non-expert and expert discovery cut-off date be extended to 30 days *after* the Court issues its ruling on the pending motion; however, that cut-off date will not be extended beyond October 31, 2011; and

2. That the date for the Parties to disclose experts pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2)(D)(ii), be extended to 15 days *after* the Court issues its ruling on the pending motion; however, such disclosure must be made no later than October 17, 2011.

IT IS SO STIPULATED.

Dated: August  22 , 2011      Respectfully submitted,

THE McLENNON LAW CORPORATION

By  /s/ Marc L. Sherman
    Daniel F. McLennon
    Marc L. Sherman
Attorneys for Plaintiffs
SWI-CO CONSTRUCTION, INC., a California Corporation, SWI-CO CONSTRUCTION, a California partnership and JOE SWICEGOOD

Dated: August  22 , 2011      Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Stephen J. Liberatore
    Julian J. Pardini
    Stephen J. Liberatore
Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE COMPANY, erroneously sued herein as "AMCO INSURANCE COMPANY"

LEWIS BRISBOIS BISGAARD & SMITH LLP

4821-3737-6266.1      -2-
STIPULATION RE: EXTENSION OF DISCOVERY AND OTHER DEADLINES; [PROPOSED ORDER]
CASE NO. C 10-3122 PJH

## ORDER

Having considered the Parties' stipulation set forth above,

**THE COURT HEREBY ORDERS AND DECREES** that the non-expert and expert discovery cut-off date be, and hereby is, **EXTENDED** to 30 days *after* the Court issues its ruling on Nationwide's motion for summary judgment, or in the alternative, partial summary judgment; however, that cut-off date will not be extended beyond October 31, 2011.  Further, **THE COURT HEREBY ORDERS AND DECREES** that the date for the Parties to disclose experts pursuant to Federal Rules of Civil Procedure, Rule 26(a)(2)(D)(ii), be, and hereby is, **EXTENDED** to 15 days *after* the Court issues its ruling on the pending motion; however, such disclosure must be made no later than October 17, 2011.

It is so ordered.

Dated: August 23, 2011



Judge Phyllis J. Hamilton