UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SWI-CO CONSTRUCTION, INC., et al.,

    Plaintiffs,

    v.

AMCO INSURANCE COMPANY, et al.,

    Defendants.
_____/

No. C 10-3122 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiffs' motion for summary judgment

    it is Ordered and Adjudged

    that plaintiffs Swi-Co Construction, Inc., Swi-Co Construction, and Joe Swicegood recover from defendant Nationwide Mutual Insurance Company for damages in the amount of $301,334.41, plus interest.

    IT IS SO ORDERED.

Dated: April 26, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge